```
                 UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

JULIUS SUMMERROW,                )
                                 )
     Plaintiff                   )
                                 )      No. 3:13-0297
v.                               )      Judge Trauger/Bryant
                                 )
CHATTANOOGA BOILER AND TANK,     )
and TOM SCHULL and               )
MIKE McMINN, individually,       )
                                 )
     Defendants                  )

## FINAL PRETRIAL CONFERENCE ORDER

The District Judge has directed the undersigned Magistrate Judge to conduct the final pretrial conference in this matter (Docket Entry No. 14). The final pretrial conference is set for **September 19, 2014, at 10:00 a.m., Courtroom 776, United States Courthouse, 801 Broadway, Nashville, Tennessee**.

Motions *in limine* shall be filed by **September 1, 2014**. Responses shall be filed by **September 12, 2014**.

The defendants are hereby instructed to prepare a proposed final pretrial order for this action which shall contain concise statements of the theories of all the parties' case. The pretrial order shall also contain the defendants' list of witnesses expected to be called at trial and their list of exhibits proposed for introduction at trial. This shall be filed with the Court **one week** prior to the pretrial conference. A copy of the proposed pretrial order shall be forwarded to the plaintiff **no later than one week** prior to the pretrial conference so that plaintiff may

review the order and determine what, if any, changes and/or additions he may wish to make. Plaintiff shall present to the Court any additions or changes at the pretrial conference. A final pretrial order will be finalized at the pretrial conference. Notwithstanding these instructions, the parties may confer prior to the pretrial conference in order to jointly submit the final proposed pretrial order at the pretrial conference.

Plaintiff shall file with the Court no later than **one week** prior to the pretrial conference his list of proposed witnesses, their location and/or address, and their anticipated testimony. Plaintiff shall also bring this list to the pretrial conference.

No later than **one week** prior to the pretrial conference, plaintiff shall also file with the Court a list of his proposed trial exhibits. Plaintiff shall also bring to the pretrial conference his proposed trial exhibits.

Plaintiff is advised that no exhibits or witnesses will be allowed at trial other than those presented at the pretrial conference.

This action is set for a bench trial on **October 7, 2014, at 9:00 a.m.** (Docket Entry No. 14) before District Judge Trauger.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge