## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIUS SUMMERROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0297 |
| | ) | Judge Trauger |
| CHATTANOOGA BOILER AND TANK, | ) | Magistrate Judge Bryant |
| TOM SCHULL, and MIKE MCMINN, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the bench trial set for October 7, 2014 and the pretrial conference set for September 19, 2014 are **CONTINUED**, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

ENTER this 9th day of September 2014.

                                                               _____
                                                               ALETA A. TRAUGER
                                                               U.S. District Judge