UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIUS SUMMERROW, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0297 |
| v. ) | Judge Trauger/Bryant |
| ) | |
| CHATTANOOGA BOILER AND TANK, ) | |
| and TOM SHULL and ) | |
| MIKE McMINN, individually, ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

Defendants CBT Manufacturing, Inc., Tom Shull, and Mike McMinn have filed their motion for summary judgment on May 20, 2014 (Docket Entry No. 33). Pursuant to the scheduling order in effect in this case, a response to this motion for summary judgment was due within 28 days of its filing, or by June 17, 2014 (Docket Entry No. 29). Plaintiff has filed no response in opposition to Defendants' motion for summary judgment.

On June 17, 2014, Plaintiff's counsel filed a motion to withdraw as Plaintiff's attorney, and to stay further proceedings "until such time as Plaintiff chooses how to proceed with his case." (Docket Entry No. 34). By order entered on September 4, 2014, the Court granted Plaintiff's counsel leave to withdraw, but denied the request to stay proceedings in the case (Docket Entry No. 39). The Court further ordered that Plaintiff should file any objections that he may have to the pending report and recommendation (Docket Entry No. 38) by September 22, 2014.

Mindful of the fact that Plaintiff Summerrow is now proceeding *pro se*, the undersigned Magistrate Judge **GRANTS** Plaintiff an extension of time to and including **Wednesday, October 8, 2014**, within which to file a response to the pending motion for summary judgment (Docket Entry No. 33). The **Clerk** is directed to mail a copy of this order to Plaintiff Summerrow at his address of record.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge