IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIUS SUMMERROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0297 |
| ) | Judge Trauger |
| CHATTANOOGA BOILER AND TANK, ) | Magistrate Judge Bryant |
| TOM SCHULL, and MIKE MCMINN, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 20, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 38), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is **ORDERED** that the Motion to Dismiss filed by defendants Schull and McMinn (Docket No. 21) is **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**.

This case shall be **RETURNED** to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 22nd day of September 2014.

                                                                       _____
                                                                       ALETA A. TRAUGER
                                                                       U.S. District Judge